IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:10-00054 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| LINDSEY KEITH TAYS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the Defendant's motion for early termination of supervised release (Docket Entry No. 6), citing his successful three (3) years of supervised release and an excellent employment opportunity requiring him to work regularly out of state. Neither the Probation Officers nor counsel for the United States opposes this motion. This action was transferred to this District from the Western District of Texas that imposed a sentence of 33 months imprisonment with five (5) years supervised release. On October 23, 2009, Defendant's supervision was transferred to this District.

Given the Defendant's age (64), his three (3) years of compliance, his employment offer and the recent amendments favoring shorter periods of supervised release, this motion is **GRANTED** and the Defendant's supervised release is terminated upon entry of this Order.

It is so **ORDERED**.

ENTERED this the _25th_ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court